No. 99–7778.  CRAWFORD v. YUKINS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 99–7783.  UNDERWOOD v. JEFFCOAT ET AL.  C. A. 5th Cir. Certiorari denied.

No. 99–7784.  TRICE v. SIKES, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 99–7785.  THOMAS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–7786.  ZOGLAUER v. ZOGLAUER ET AL.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 99–7787.  WALKER v. DINNING.  C. A. 7th Cir.  Certiorari denied.

No. 99–7795.  NUBINE v. MARTIN, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 99–7797.  LEWIS v. JONES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–7799.  CARTER v. CITY OF RAYVILLE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–7800.  SMITH v. GARCIA, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 99–7803.  GONZALES v. NEW MEXICO.  Sup. Ct. N. M. Certiorari denied.

No. 99–7804.  HAKIM v. JACOB ET AL.  Sup. Ct. Mich.  Certiorari denied.

No. 99–7805.  FOSTER v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 99–7806.  HUGHES v. SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 99–7812.  DeCLOUD v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.